UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAAN WILSON FOR J.S.W. | CIVIL ACTION |
| VERSUS | NO. 14-281 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "E" (3) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Defendant's Motion for Summary Judgment is **GRANTED**, that the Plaintiff's Motion for Summary Judgment is **DENIED**, and that the Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of March, 2015.

_____Susie Morgan_____
**UNITED STATES DISTRICT JUDGE**